DANIEL LIBBY *vs.* IVER E. HUSBY and others.

May 20, 1881.

**Appeal from Justice—Judgment against Sureties.**—*Davidson* v. *Farrell*, 8 Minn. 225, (258,) followed and applied.

Appeal by defendants Husby and others, sureties upon defendant Mikelborg's bond on appeal from justice court, from the same judgment appealed from in the last preceding case.

*John W. Arctander*, for appellants.

*Miller & Knappen*, for respondent.

BERRY, J.*    The questions presented by this appeal which are not disposed of in our opinion in *Libby* v. *Mikelborg*, (ante, p. 38,) are fully considered and passed upon in *Davidson* v. *Farrell*, 8 Minn. 225 (258.)    Judgment affirmed.

*Cornell, J., on account of illness, took no part in this case.